UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 09-02339C |
| CHRISTOPHER J. TJEBKES, | |
| MELISSA A. TJEBKES, | MOTION TO PAY 11USC SECTION 347(a) UNCLAIMED FUNDS INTO |
| Debtors. | COURT REGISTRY FUND PURSUANT TO FRBP 3011 AND LOCAL RULE 3011 |

     COMES NOW the Chapter 13 Trustee and states to the Court that the following payment has been returned, creditor no longer services account and no transfer of claim on file. The account of this estate reflects that the following amount is still on deposit, representing payments mailed to the named party:

| | | |
|---|---|---|
| Claim No. 10 | Asset Recovery Solutions | Check # 249316 |
| | 2200 E Devon Avenue, Ste 20 | Amount $15.76 |
| | Des Plaines, IL  60018 | Issued 9/3/2014 |

     WHEREFORE, it is prayed the Court enter an Order that said sums shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code, and the Clerk shall hold said sums under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said party.

DATED:  September 29, 2014

                                                            /s/ Carol F. Dunbar
                                                            Carol F. Dunbar, #1682
                                                            Chapter 13 Trustee
                                                            531 Commercial Street
                                                            Waterloo, IA 50701
                                                            Telephone: (319) 233-6327
                                                            Fax:  (319) 233-0346